UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL LAX, SONYA SANDERS, SHANNON NORRIS, GREG JONES, DOUGLAS MEDLAND, and KIMBERLY BUSCHMANN on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>TOYOTA MOTOR CORPORATION and TOYOTA MOTOR SALES, U.S.A., INC., and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 14-cv-01490-WHO<br><br>**CLASS ACTION** |
| BABAK TAHERIAN, individually, and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>    v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC. and TOYOTA MOTOR CORPORATION,<br><br>    Defendants. | Case No.: 14-cv-01884-WHO<br><br>**ORDER TAKING CURRENT CASE MANAGEMENT CONFERENCE DATE OFF-CALENDAR SUBJECT TO BEING RE-SET UPON RULING ON THE CONCURRENTLY-FILED JOINT MOTION FOR CONSOLIDATION** |

Loeb & Loeb
A Limited Liability Partnership
Including Professional Corporations

LA2370832.1
212799-10033

ORDER TAKING CURRENT CASE MANAGEMENT CONFERENCE DATE OFF-CALENDAR SUBJECT TO RE-SET

# ORDER

The Court, having reviewed the Stipulation For Order Taking Current Case Management Conference Date Off-Calendar Subject To Being Re-Set Upon Ruling On The Concurrently-Filed Joint Motion For Consolidation ("Stipulation") filed by Defendants Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Corporation (collectively "Toyota"); Plaintiffs April Lax, Sonya Sanders, Shannon Norris, Greg Jones, Douglas Medland, and Kimberly Buschmann in *Lax, et al. v. Toyota Motor Corporation, et al.*, Case No. 14-cv-01490-WHO ("*Lax*"); and Plaintiff Babak Taherian in *Taherian v. Toyota Motor Sales, U.S.A., Inc., et al.*, Case No. 3:14-cv-01884-WHO ("*Taherian*") (collectively, the "Parties"), and good cause appearing therefor, **HEREBY MAKES THE FOLLOWING ORDER**:

1. The case management conference currently set for July 8, 2014 is continued until January 7, 2014 at 2 pm.

2. The dates specified in Rules 26(a)(1), 26(d), and 26(f) of the Federal Rules of Civil Procedure shall likewise be extended to run from the rescheduled case management conference date.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: June 18, 2014   _____

**Hon. William H. Orrick**

**United States District Court Judge**

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2370832.1
212799-10033

1

ORDER TAKING CURRENT CASE
MANAGEMENT CONFERENCE DATE
OFF-CALENDAR SUBJECT TO RE-SET